UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Sherry A. Levy, as Administrator
of the Estate of Shea K. Black

    v.                                       Case No. 20-cv-1142-PB

B. Good LLC

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 25, 2021, and dismiss the amended complaint (Doc. No. 3) in its entirety, without prejudice to any potential claims belonging to Levy or the Estate.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: March 23, 2021

cc: Sherry A. Levy, pro se